**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| VALERIE A. VANCE ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CV-00829-BCW |
| | ) | |
| SELENE FINANCE, LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is Defendants' joint Motion for Abstract of Judgment. (Doc. #178). The Court, being duly advised of the premises, grants said motion.

On January 21, 2025, the Court awarded counsel for Defendants Shellpoint and New Residential fees and expenses in the total amount of $7,432.49. (Doc. #167). Also on January 21, 2025, the Clerk of Court entered judgment striking Plaintiff's pleadings and dismissing the above-captioned matter without prejudice. (Doc. #168). On February 26, 2026, the Clerk of Court entered an amended judgment awarding counsel for Defendants fees and expenses totaling $7,432.49. (Doc. #176).

On February 26, 2026, Defendants filed the instant motion for abstract of judgment. (Doc. #178). Defendants ask the Court to enter a judgment against Plaintiff and in favor of Defendants in the amount of $7,432.49, with interest at 4.19%, for a total amount due of $7,665.85 as of February 26, 2026.

A prevailing party is allowed to recover post-judgment interest on any money judgment in a civil case decided in district court. 28 U.S.C. § 1961(a). Post-judgment interest is calculated "from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant

1

maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding [ ] the date of the judgment." Id.

The Court finds that the money judgment in this matter was effectively entered on January 21, 2025, when the Court awarded Defendants $7,432.49 in fees and expenses. The failure to include that award in the January 21, 2025 judgment was a clerical oversight, later corrected by the amended judgment entered on February 26, 2026. Because the underlying expenses and fees were awarded by the Court on January 21, 2025, post-judgment interest under § 1961 is 4.21% and accrues from that date. Therefore, Defendants' request for post-judgment interest and fees is granted. Accordingly, it is hereby

ORDERED Defendants' Motion for Abstract of Judgment (Doc. #178) is GRANTED. It is further

OREDERED Plaintiff shall pay Defendants post-judgment interest on the sum of $7,432.49, beginning as of January 21, 2025.

IT IS SO ORDERED.

Dated: April 8, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2